OLD WORLD ART, INC., Respondent, v. JOHAN W. DE R. QUISTGAARD, Appellant. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SEEMOR SPORTSWEAR, INC., Respondent, v. SHEPHERD KNITWEAR, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

INGENUITIES CORPORATION OF AMERICA, Respondent, v. ARTHUR SIEGMAN, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of HOTEL SIWANOY, INC., Petitioner. STATE LIQUOR AUTHORITY, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ISAAC ALTMAN, Respondent, v. NATHAN FINKEL et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHARLES H. SANGER, Appellant, v. HAMILTON FIRE INSURANCE COMPANY OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, Respondent, v. HELEN VAN Z. ANTHONY et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROSE POUSA et al., Individually and as Administratrices of the Estate of JOSEPH POUSA, Deceased, Respondents, v. NETALL LEASING CORPORATION, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE LEE, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WESTCHESTER CHEMICAL CORPORATION, Respondent, v. NIKITA STRACHOVSKY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GEORGE H. SALMON, Doing Business under the Name of BRITISH AMERICAN EXPORT COMPANY, Respondent, v. SOLOMON BERG, Doing Business under the Name of BERG CHEMICAL COMPANY, Appellant.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.